**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Joseph P. KERRIGAN, Respondent.**

**No. 193 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 15, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of July, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 23, 1997, it is hereby

ORDERED that JOSEPH P. KERRIGAN be and he is SUSPENDED from the Bar of

this Commonwealth for a period of eighteen (18) months, retroactive to April 24, 1996, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.